# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**RODNEY FREEMAN**                                                                         **PLAINTIFF**

V.                  **CASE NO.: 3:14CV00285 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                  **DEFENDANT**

## ORDER

Pending is the Acting Commissioner of the Social Security Administration's Unopposed Motion to Remand. (Docket entry #12) For good cause shown, the Commissioner's motion (#12) is GRANTED. This case is remanded under sentence four of 42 U.S.C. § 405(g), for further administrative action.

DATED this 14th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE