IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RODNEY FREEMAN**                                                      **PLAINTIFF**

V.                 **CASE NO.: 3:14CV00285 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                             **DEFENDANT**

## JUDGMENT

The decision of Carolyn W. Colvin, Acting Commissioner, Social Security Administration, is reversed and remanded, and judgment is entered in favor of Rodney Freeman. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 14th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE