## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**RODNEY FREEMAN**                                                                          **PLAINTIFF**

**V.**                                  **CASE NO.: 3:14CV00285 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                               **DEFENDANT**

## <u>ORDER</u>

Plaintiff Rodney Freeman has moved for an award of attorney's fees under the

Equal Access to Justice Act, 28 U.S.C. § 2412.  (Docket entry #15)  He seeks fees in the

amount of $3,233.67.  The Commissioner does not object to the amount requested.  (#17)

Mr. Freeman's motion (#15) is GRANTED, and he is awarded $3,233.67 in fees and

expenses, subject to offset if he has outstanding federal debts.

DATED this 30th day of November, 2015.


_____
UNITED STATES MAGISTRATE JUDGE